IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE E. MOORE,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 11-00598-CG-B |
| **CAPTAIN HOWARD,** *et al.*, | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and obey the Court's Order.

**DONE** this 24th day of February, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE